

1 **STDM**
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
PAUL G. ALBRIGHT
Nevada Bar No. 14159
NAQVI INJURY LAW
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MORENO, individually,<br><br>Plaintiff,<br>vs.<br><br>GEONNIE ALLUMS, individually; C.R. ENGLAND, INC.; ENGLAND LOGISTICS, INC.; and DOES 1 to 100, ROE CORPORATIONS 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00372-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENGLAND LOGISTICS, INC. WITHOUT PREJUDICE, AND ORDER TO AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff LAURA MORENO (hereinafter "Plaintiff") and Defendants GEONNIE ALLUMS, C.R. ENGLAND, INC. and ENGLAND LOGISTICS, INC. (hereinafter collectively referred to as "Defendants"), by and through their respective counsel of record, as follows:

1. Defendants represent that C.R. ENGLAND, INC. is the correct legal entity as it relates to the claims asserted against ENGLAND LOGISTICS, INC. in this matter.

2. Defendants further represent that Defendant GEONNIE ALLUMS was employed by Defendant C.R. ENGLAND, INC. at all times relevant to this matter.

Page 1 of 4

3. Defendants further represent that ENGLAND LOGISTICS, INC. is not a correct or necessary party in this matter as it does not have any liability or responsibility for the subject collision nor Plaintiff's alleged claims or damages arising therefrom, including those claims concerning employment of Defendant GEONNIE ALLUMS such as respondeat superior, negligent hiring, training, supervision and retention, and that its dismissal will not jeopardize Plaintiff's ability to establish coverage under any applicable insurance policies that may cover Plaintiff's subject claims as it relates to Defendants. Therefore, Defendants represent that they will not assert that ENGLAND LOGISTICS, INC. is responsible for any of the claims or damages asserted in this matter.

4. IT IS HEREBY STIPULATED AND AGREED based on the foregoing representations that ENGLAND LOGISTICS, INC. shall be dismissed **without prejudice** from the above-entitled matter, leaving GEONNIE ALLUMS and C.R. ENGLAND, INC. as the defendants in this matter.

5. IT IS HEREBY FURTHER STIPULATED AND AGREED that this dismissal shall have no effect on Plaintiff's pursuit of his claims against the remaining defendants, GEONNIE ALLUMS and C.R. ENGLAND, INC., and will not jeopardize Plaintiff's ability to establish coverage under any applicable insurance policies that may cover Plaintiff's subject claims as it relates to Defendants.

6. IT IS HEREBY FURTHER STIPULATED AND AGREED that, should discovery reveal that ENGLAND LOGISTICS, INC. is somehow liable for the subject collision and/or Plaintiff's alleged damages or claims arising therefrom, including claims concerning employment of Defendant GEONNIE ALLUMS, Plaintiff may amend the Complaint to include ENGLAND LOGISTICS, INC. back into this lawsuit, and any



1  such amendment shall relate back to the filing of the original Complaint for all purposes,
2  including the statute of limitations.

3  7.  IT IS HEREBY FURTHER STIPULATED AND AGREED that every reference in the
4  body of the Complaint to ENGLAND LOGISTICS, INC. will be understood to be and
5  interpreted as a reference to C.R. ENGLAND, INC. except for paragraph 4.

6

7  8.  IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff will not be
8  required to file an Amended Complaint or to re-serve the Complaint.

9  9.  IS HEREBY FURTHER STIPULATED AND AGREED that the caption in this matter
10  will be amended as set forth in *Exhibit 1*, which is attached hereto and incorporated
11  herein by this reference.
12

13  DATED this 6th day of March, 2019.            DATED this 6th day of March, 2019.

14  NAQVI INJURY LAW                             WILSON ELSER MOSKOWITZ
                                                 EDELMAN & DICKER LLP
15

16

17  */s/ Elizabeth E. Coleman*                   */s/ Michael P. Lowry*
    FARHAN R. NAQVI                              MICHAEL P. LOWRY
18  Nevada Bar No. 8589                          Nevada Bar No. 10666
    ELIZABETH E. COLEMAN                         300 S. Fourth Street, 11th Floor
19  Nevada Bar No. 12350                         Las Vegas, Nevada 89101
    PAUL G. ALBRIGHT                             *Attorney for Defendants*
20  Nevada Bar No. 14159
    9500 W. Flamingo Rd., Suite 104
21  Las Vegas, Nevada 89147
    *Counsel for Plaintiff*
22

23

24

25

26

27

28

**IT IS SO ORDERED:**

DATED March 8, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfuly Submitted by:

NAQVI INJURY LAW

*/s/ Elizabeth E. Coleman*_____
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*



# EXHIBIT 1

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA MORENO, individually, | Case No.: 2:19-cv-00372-JCM-CWH |
| Plaintiff, | |
| vs. | |
| GEONNIE ALLUMS, individually; C.R. ENGLAND, INC.; and DOES 1 to 100, ROE CORPORATIONS 1 to 100, inclusive, | |
| Defendants. | |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28