**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Geonnie Allums; C.R. England, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MORENO,<br><br>    Plaintiff,<br><br>vs.<br><br>GEONNIE ALLUMS, individually; C.R. ENGLAND, INC.; ENGLAND LOGISTICS, INC; and DOES 1 to 100, ROE CORPORATIONS 1 to 100, inclusive<br><br>    Defendants. | Case No.: 2:19-cv-372-JMC-DJA<br><br>**Stipulation and Order to Extend Discovery (7th Request)** |

**I.**

**<u>DISCOVERY COMPLETED TO DATE</u>**

1. A 26(f) Conference was held and a Discovery Plan and Scheduling Order was filed.

2. Plaintiff have served 4 disclosures per Rule 26(a)(1) listing witnesses and providing documents.

3. Defendants have served 7 disclosures per Rule 26(a)(1) listing witnesses and providing documents.

4. Plaintiff served interrogatories, requests for production, and requests for admission to Geonnie Allums, but he has not responded.

5. Plaintiff served interrogatories, requests for production, and requests for admission to C.R. England, Inc. to which C.R. England responded.

6. Both parties have served various subpoenas for documents.  For example, Defendants subpoenaed Nevada Highway Patrol for accident records and Trans Vegas Express for

Plaintiff's employment records.

7. Plaintiff has been deposed.

8. Defendant Geonnie Allums' deposition was noticed and proceeded, but he did not appear.

9. Defendants have deposed Plaintiffs' expert witnesses Roger Allen and David Oliveri.

10. All parties have disclosed initial experts and rebuttal experts.

11. Defendants have disclosed its rebuttal experts and their reports.

II

**DISCOVERY TO BE COMPLTED**

1. Plaintiff's expert Michael Freeman on February 1.
2. Plaintiff's expert Kelly Deecher on either February 1 or 18.
3. Plaintiff's expert Leonard Matheson on February 18.
4. Plaintiff's treating physicians.

III.

**WHY DISCOVERY CANNOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER**

The prior extensions have been due to both COVID-19 restrictions and the parties' prior, unsuccessful private mediation.  At this point, the parties believe the remaining discovery is all that is left to complete.  This short extension was necessary to accommodate the witness and parties' deposition availability. Moreover, the parties have recommenced settlement negotiations, but require more time. Therefore, the extension will help to facilitate the parties' settlement efforts.

. . .

. . .

. . .

IV.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| DISCOVERY | PROPOSED DEADLINE |
|---|---|
| Motion to Amend Pleadings: | Completed |
| Initial Expert Disclosures | Completed |
| Rebuttal Expert Disclosures: | Completed |
| Interim Status Report | Completed |
| Close of Discovery | March 29, 2021 |
| Dispositive Motions: | April 23, 2021 |
| Joint Pre-Trial Order: | May 25, 2021 |

DATED this 22nd day of January, 2021.

**NAQVI INJURY LAW**



BY: /s/ Elizabeth E. Coats
ELIZABETH E. COATS
Nevada Bar No. 12350
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
Attorneys for Plaintiff

BY: /s/ Michael P. Lowry
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Attorneys for Geonnie Allums; C.R. England, Inc.

**IT IS SO ORDERED**

Dated this  25th  day of January, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE